

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-20-00442-CV

**IN THE INTEREST OF J.A., Y.A., A.A., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI01637
The Honorable Monique Diaz, Judge Presiding

# O R D E R

The district clerk notified this court that she had not filed the clerk's record because appellant failed to pay or make arrangements to pay the fee for preparing the record and appellant was not entitled to appeal without paying the fee. On December 22, 2020, we ordered appellant to provide written proof to this court by January 29, 2021 that either (1) the fee had been paid or arrangements had been made to pay the fee, or (2) appellant was entitled to appeal without paying the fee. On January 29, 2021, appellant responded to our order stating she had paid the clerk's fee. Accordingly, we **ORDER** the district clerk to file the clerk's record **by March 4, 2021.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court